RICHARD M. ROGERS, Attorney, SBN 045843
Law Office of Richard M. Rogers
100 Bush Street, Suite 1980
San Francisco, CA 94104
Telephone No. (415) 961-9788
Facsimile No. (415) 981-9798

*Attorney for Plaintiff Ana Maria Soares*

CHRISTOPHER JAGARD, Chief Counsel, SBN 191147
CHRISTOPHER FRICK, Assistant Chief Counsel, SBN 83432
MARILYN BACON, Counsel, SBN 146839
CAROLINE HOLMES, Counsel, SBN 299116
State of California
Department of Industrial Relations
Office of the Director – Legal Unit
320 W. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No. (213) 576-7725
Fax No. (213) 576-7735

*Attorneys for Defendants*
*State of California, Department of Industrial Relations,*
*and Terry Menefee*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA SOARES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF INDUSTRIAL RELATIONS, and TERRY MENEFEE,<br><br>　　　　Defendants. | Case No. 2:16-CV-00128-WBS-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:　　August 1, 2016<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 5, 14th Floor 501 I Street<br>　　　　　Sacramento, California<br>Judge:　　Hon. William B. Shubb<br>Trial:　　TBD |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their attorneys of record, that the Joint Status Conference in this matter, presently scheduled to take place on June 20, 2016 at 1:30 p.m., shall be continued to August 1, 2016 at 1:30 p.m., in Courtroom 5 on the 14th Floor of the United States District Court for the Eastern District of California located at 501 I Street, Sacramento, California.

1

SO STIPULATED.

Dated:  March 29, 2016                    Respectfully submitted,


LAW OFFICE OF RICHARD M. ROGERS

/s/

_____

Richard M. Rogers
Attorney for Plaintiff Ana Maria Soares



OFFICE OF THE DIRECTOR – LEGAL UNIT

/s/ Caroline Holmes

_____

Caroline Holmes
Attorneys for Defendants
State of California, Department of Industrial Relations, and Terry Menefee


**ORDER TO CONTINUE JOINT STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that the Joint Status Conference in this matter is continued to August 1, 2016 at 1:30 p.m., in Courtroom 5 on the 14th Floor of the United States District Court for the Eastern District of California located at 501 I Street, Sacramento, California.

Dated:  March 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE