# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA SOARES,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF INDUSTRIAL RELATIONS AND TERRY MENAFEE,<br><br>  Defendants. | Case No.: 2:16−CV−00128−WBS−EFB<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Plaintiff's attorney has requested to appear by phone at the hearing on defendants' motion to dismiss the First Amended Complaint. Plaintiff chose to retain an attorney whose office is in San Francisco, and plaintiff's counsel filed the action in this court. Because plaintiff's attorney's office is a relatively short distance from the courthouse, and no reason has been suggested why counsel could not personally appear at the hearing, the motion is DENIED.

Dated: April 25, 2016

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CASE NO. 2:16−CV−00128−WBS−EFB – ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

SOARES/
/16cv128  Soares - Order Upon Pltf's Req to Appr by Phone at June 27 Motn Hrng.docx

1   Plaintiff's request to appear telephonically for the hearing of Defendants' Motion to
2   Dismiss Plaintiff's First Amended Complaint is GRANTED.  Plaintiff's counsel can be reached
3   at **415-981-9788**. The courtroom deputy shall email counsel with instructions on how to
4   participate in the telephone conference call.

6   Dated:_____ By:_____
7                                       WILLIAM B. SHUBB
                                        SENIOR JUDGE OF THE US DISTRIT COURT

CASE NO. 2:16−CV−00128−WBS−EFB – ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

SOARES/
/16cv128 Soares - Order Upon Pltf's Req to Appr by Phone at June 27 Motn Hrng.docx
1