**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
**ANA MARIA SOARES**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIA SOARES, | Case No.: 2:16−CV−00128−WBS−DB |
| Plaintiff, | Case filed: 01/21/16 |
| | Magistrate reassigned: 08/03/16 |
| v. | Trial date: 10/31/17 |
| STATE OF CALIFORNIA, DEPARTMENT OF INDUSTRIAL RELATIONS AND TERRY MENEFEE, | **STIPULATION TO DISMISSAL OF ACTION; ORDER** |
| Defendants. | |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: _____ 6/14/17      LAW OFFICE OF RICHARD M. ROGERS

By: _____
            /s/ Richard Rogers
            RICHARD M. ROGERS
            Attorneys for Plaintiff

Dated: _____ 6/15/17      OFFICE OF THE DIRECTOR – LEGAL UNIT

By: _____
            /s/ Marilyn Bacon
            MARILYN BACON
            CAROLINE HOLMES
            Attorneys for Defendants
            State of California, Department of
            Industrial Relations, and Terry Menefee

**IT IS SO ORDERED.**

Dated: June 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE